UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRY J. OSSMAN and COLLEEN OSSMAN, § § § Plaintiffs, § § VS. § § DEPUY ORTHOPAEDICS, INC., § DEPUY PRODUCTS, INC., DEPUY § INTERNATIONAL, LTD., JOHNSON § & JOHNSON, and JOHNSON & § JOHNSON SERVICES, INC., § § Defendants. § § | CIVIL CASE NO. 3:16-cv-00296-K MASTER DOCKET NO. 3:11-md-02244 HON. ED KINKEADE |

### J. KYLE BACHUS' UNOPPOSED MOTION
### TO WITHDRAW AS ATTORNEY OF RECORD

J. Kyle Bachus respectfully moves this Court for an order approving his withdrawal as attorney as attorney of record in the instant matter, and in support thereof states as follows:

1. Terry J. Ossman and Colleen Ossman retained the law firm of Bachus & Schanker, LLC.

2. Bachus & Schanker, LLC was recently notified that Terry J. Ossman and Colleen Ossman have retained other counsel to represent them for this matter.

Accordingly, J. Kyle Bachus respectfully requests that this Court withdraw him as attorney of record for this matter and remove him from the ECF distribution.

DATED: March 22, 2016

Respectfully submitted,

*/s/ J. Kyle Bachus*
J. Kyle Bachus, Esq. CO #24441
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Tel.: (303) 893-9800
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net
*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

On March 18th, 2016, my office conferred by email with the offices of Michael Powell, Jessica Miller, and Seth Roberts, counsel for Defendants, and requested their position on J. Kyle Bachus' Motion to Withdraw as Attorney. Mr. Powell advised on behalf of Ms. Miller and Mr. Roberts that Defendants do not oppose the motion. The email confirming Mr. Powell's response is attached hereto as Exhibit A.

*/s/ J. Kyle Bachus*
J. Kyle Bachus

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system on March 22, 2016.

*/s/ J. Kyle Bachus*
J. Kyle Bachus